JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARY | Case No. 2:19-cv-03272-DSF (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Denying the Petition as Premature and Unexhausted, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: February 11, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE